Anton Ewing (*pro se*)
3077 Clairemont Drive #372
San Diego, CA 92117
619-719-9640



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Anton Ewing**, an individual, | Case No. 3:20-cv-01686-AJB-AGS |
| Plaintiff, | JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE |
| v. | |
| **Herberg, LLC** a Wyoming Limited Liability Company doing business as Herberg Capital; | |
| **Scott Herberg**, an individual. | |
| Defendants. | |

Plaintiff Anton Ewing and Defendants Herberg, LLC also known as Herberg Capital, and Scott Herberg, an individual have reached a confidential resolution and therefore jointly move and hereby stipulate to the dismissal, with prejudice, of this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a). A proposed order reflecting the dismissal is provided.

-2-

Dated: September 9, 2020           Anton Ewing

_____
By: Anton Ewing

Dated: September 9, 2020           Herberg, LLC

_____
Herberg, LLC
Also known as Herberg Capital

Dated: September 9, 2020           Scott Herberg

_____
Scott Herberg, an individual

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on ____9/9____, 2020 I filed the foregoing JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE with the Clerk of the Court using U.S First Class mail.

_____
Anton Ewing

Anton Ewing
3077 Clairemont Dr. #372
San Diego, CA 92117



US POSTAGE
$ 01.20
First-Class
Mailed From 92117
032A 0061837420

United States District Court
Of Southern California
333 West Broadway, 4th FL
San Diego, CA 92101

CLERK US DISTRICT COURT

SEP 1 4 2020

SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED