1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11  **Anton Ewing**, an individual,                Case No. 3:20-cv-01686-AJB-AGS

12              Plaintiff,

13      v.                                          ORDER GRANTING JOINT
                                                    MOTION AND STIPULATION FOR
14  **Herberg, LLC**                                DISMISSAL OF ENTIRE CASE
    a Wyoming Limited Liability Company             WITH PREJUDICE
15  doing business as Herberg
    Capital;**Scott Herberg**, an individual.
16              Defendants.

17

18

19          The parties have entered into a full settlement agreement.   The Court hereby

20  **DISMISSES WITH PREJUDICE** this action in its entirety. Each party must bear

21  its own attorneys' fees and costs. The Clerk of Court is instructed to close the case.

22          **IT IS SO ORDERED.**

23  Dated:  September 16, 2020

24                                          _____
                                            Hon. Anthony J. Battaglia
25                                          United States District Judge

26

27

28